**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 13, 2019**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00243-CV

## DIANA GORDON OFFORD, WINTER GORDON, JR. AND JOYCE STEIN, Appellants

### V.

## PURPLE MARTIN LAND COMPANY, LLC, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-225272**

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 21, 2019. On July 25, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.